UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FRANCESCO GARGANO MD PC,<br><br>                              Plaintiff,<br><br>             -against-<br><br>CIGNA HEALTHCARE,<br><br>                              Defendant. | 25-CV-3144 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

     Pursuant to the Court's April 21, 2025 Order, Dkt. 7, the parties were required to file a joint letter and proposed case management plan, the contents of which are described in that order, no later than **July 9, 2025**. To date, the parties have not done so. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **July 14, 2025**.

     SO ORDERED.

Dated: July 10, 2025
       New York, New York

                                            ARUN SUBRAMANIAN
                                            United States District Judge